UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED

MAR 5 2014

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  14-CR-66 (DWF/JSM) |
| CHARLES ELLISON WILLIAMS III, et al | ) | |
| | , | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  13-CR-241 (RHK/TNL) |
| JULIA RENE AYERS | ) | |
| | , | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  13-CR-174 (RHK/TNL) |
| GABRIEL ORION LOWTHER | ) | |
| | , | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  13-CR-105 (RHK/JJK) |
| CLANCY SHANE AMY (1) and | ) | |
| | ) | |
| MICHAEL STEVEN SCHOENFELDER (2). | ) | |

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■    Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

■    Cases involving the same defendant(s), whether the prior cases are open or closed.

■    Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

SCANNED

MAR - 6 2014

U.S. DISTRICT COURT MPLS

- Cases that arise out of the same investigation and have temporal proximity.

- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: March 5, 2014            Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY:  ALLEN A. SLAUGHTER
Assistant United States Attorney
Attorney ID No. 301668