STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES ELLISON WILLIAMS III,<br><br>　　　　　Defendant. | Case No: 14-CR-66(1) (RHK/JSM)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

_____

　　　　Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, CHARLES ELLISON WILLIAMS III, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

1. On March 10, 2014, I was arraigned on the charge in the Indictment in the above-captioned case. At that time my attorney and I received a pretrial schedule including deadlines for discovery, filing motions, motion hearing date, trial date, and the like.

2. The motion filing deadline is April 1, 2014 and the motion hearing date is Motion Hearing Date: May 5, 2014 at 1:00 a.m. in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before Magistrate Judge Janie S. Mayeron..

3. The trial date is scheduled for June 9, 2014, though I understand that my case has been reassigned from Judge Donovan W. Frank to the Senior Judge Richard H. Kyle.

4. I have discussed with my attorney the amount of discovery that has been produced by the government and that my attorney believes he needs additional time to complete his review of the discovery and research, prepare and file all appropriate motions on my behalf.  I am in full support of my attorney's request for such additional time.

5. Based on the above facts, I request that the motion filing date, the response date and the motions hearing date in the pretrial scheduling order be moved back at least 21 days.

6. I request that the period of time from the filing of this motion until the new motions hearing date be excluded from the time in which I would otherwise have to be brought to trial in my case.  I have discussed my rights under the Speedy Trial Act with my attorney, Frederick J. Goetz.  I voluntarily make this request with full knowledge of the rights I am waiving under the Speedy Trial Act.

Dated this ____day of _____, 2014.   By: _____
                                                                                     CHARLES E. WILLIAMS III

Dated this 31st day of March, 2014.            GOETZ & ECKLAND P.A.

                                                        By:  s/*Frederick J. Goetz*_____
                                                          FREDERICK J. GOETZ (#185425)
                                                          Exposition Hall at Riverplace
                                                          43 Main Street S.E., Suite 505
                                                          Minneapolis, MN 55414
                                                          (612) 874-1552

                                                          ATTORNEY FOR DEFENDANT