UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 14-66(1) (RHK/JSM) |
| Plaintiff, | |
| v. | ORDER |
| CHARLES ELLISON WILLIAMS, III, | |
| Defendant. | |

The above matter came on before the undersigned upon defendant Charles Ellison Williams III's Notice of Waiver of Pretrial Motions [Docket No. 103] in which the defendant waives the filing of pretrial motions and requests that defendant Williams be excluded from the June 2, 2014 motion hearing.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No motions have been filed on behalf of defendant Charles Ellison Williams III; therefore the June 2, 2014 criminal motion hearing with regard to defendant Charles Ellison Williams III is canceled.

2. If a resolution is reached, the parties shall promptly contact Judge Kyle's chambers to schedule a change of plea hearing.

3. If no resolution is reached, Voir Dire and Jury Instructions shall be filed with Judge Richard H. Kyle's Clerk on or before July 7, 2014.

4. A status conference will be held with Judge Richard H. Kyle at 8:30 a.m. on July 11, 2014 in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

5. Trial will commence before Judge Richard H. Kyle in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota on July 14, 2014 at 9:00 a.m.

Dated: April 30, 2014

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge