UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 14-66(3) (RHK/JSM) |
| Plaintiff, | |
| v. | ORDER |
| GABRIELLE LEE OLSEN, | |
| Defendant. | |

The Court has been advised by defense counsel that the above matter has been resolved.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The criminal motions hearing with regard to defendant Gabrielle Lee Olsen scheduled before the undersigned on June 2, 2014 is canceled.

2. Criminal motions [Docket Nos. 71, 85-86, 88-92] are denied as moot.

3. If a plea is reached, counsel shall promptly contact Judge Richard H. Kyle's chambers to schedule a change of plea hearing.

4. If no plea is reached, Voir Dire and Jury Instructions shall be filed with Judge Richard H. Kyle's Clerk on or before July 7, 2014.

5. A status conference will be held with Judge Richard H. Kyle at 8:30 a.m. on July 11, 2014 in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

6. Trial will commence before Judge Richard H. Kyle in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota on July 14, 2014 at 9:00 a.m.

Dated:   May 29, 2014

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge