UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-CR-66(4) (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) INFORMATION |
| KENNETH BRIAN RABENBERG, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession with the Intent to Distribute Methamphetamine)

On or about December 23, 2013, in the State and District of Minnesota, the defendant,

**KENNETH BRIAN RABENBERG,**

did knowingly and intentionally possess with intent to distribute 50 grams or more actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

SCANNED
JUN 19 2014
U.S. DISTRICT COURT ST. PAUL

Dated: June 19, 2014

ANDREW M. LUGER
United States Attorney

*s/ Allen Slaughter*
BY:  ALLEN A. SLAUGHTER, JR.
Assistant U.S. Attorney
Attorney ID No. 301668