## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                          Plaintiff,

v.

CHARLES ELLISON WILLIAMS III, ET AL

                    Defendant,

                          UNDER SEAL
              Criminal No. 14-66(1) (RHK/JSM)

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X )Ad Prosequendum       (   ( )Ad Testificandum

Name of Detainee:  CHARLES ELLISON WILLIAMS III

Detained at (custodian):  LINO LAKES – Minn. Dept. of Corrections

Detainee is:   a.)    (X) charged in this district by:  Indictment
                 Charging Detainee With: Conspiracy to Distribute Methamphetamine

   or    b.)    () a witness not otherwise available by ordinary process of the Court.

Detainee will: a.)    (X) return to the custody of detaining facility upon termination of this proceeding
   or    b.)    () be retained in federal custody until final disposition of federal charges.

Appearance is necessary:  on Wednesday, July 2, 2014 in courtroom 7A, in the St. Paul Federal Courthouse,
     for proceedings before Hon. Richard H. Kyle, Senior District Court Judge.

Dated:  June 23, 2014

                               ALLEN A. SLAUGHTER, AUSA

### WRIT OF HABEAS CORPUS

  (X )Ad Prosequendum          ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____             _____
Date                          UNITED STATES MAGISTRATE JUDGE

**Please provide the following, if known:**

| | | |
|---|---|---|
| A.K.A.(s) (if applicable): | Chuckie | |
| Booking or Fed. Reg.#: | 188762 | |
| Facility Address: | 7525 Fourth Avenue | |
| | Lino Lakes, MN 55014 | |
| Facility Phone: | 651-717-6100 | |
| Currently Incarcerated For: | Narcotics & Weapon Violation | |

| | |
|---|---|
| Gender: | Male |
| DOB: | xx/xx/1977 |
| Race: | Caucasian |
| FBI #: | |

### RETURN OF SERVICE

Executed on _____ by _____
                                 (Signature)

SCANNED

JUN 24 2014

U.S. DISTRICT COURT ST. PAUL