UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-66(1) (RHK/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **WAIVER OF INTERSTATE** |
| | ) | **AGREEMENT ON DETAINERS** |
| CHARLES ELLISON WILLIAMS III, | ) | |
| | ) | |
| Defendant. | ) | |

A prisoner serving a sentence of imprisonment in a state correctional institution, who is brought into court to face a federal criminal charge, may not be returned to the state institution until the defendant has had trial upon the federal charge. This is the trial-before-return rule. Its purpose is to encourage speedy trials. It is also designed to prevent repeated interruptions of a prisoner's stay in a state institution. If the federal government returns you to the state institution before your trial you have a right to request that the federal indictment be dismissed. Therefore, the United States Marshals will keep you in federal custody. However, you have a right to waive the trial-before-return-rule. You may request that you be returned to the state institution and then brought back to federal court from time to time until the completion of your federal court matter. Many prisoners desire to be returned because they have made living arrangements in the state institution which they prefer to the federal jail or holding area. You made such a request through your counsel during a detention hearing held on March 10, 2014. See ECF No. 19. However, please confirm the same on the next page.

SCANNED
JUL 0 2 2014
U.S. DISTRICT COURT ST. PAUL

I have read and understand the statement on page one. As requested through my counsel on March 10, 2014, I wish to remain at a Minnesota Department of Corrections state institution, specifically the Lino Lakes Correctional Facility, and to be brought back into federal court from time to time as needed until the completion of the federal case pending against me. I waive my right to be kept in federal custody during the time of my federal case. I prefer to remain at the state institution.

Dated: 7/2/2014

_____
CHARLES ELLISON WILLIAMS III
DEFENDANT

Dated: 7/2/2014

_____
WITNESS

June 2, 2014

_____
AUSA