# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | Case No:  CR 14-66(5) RHK/JSM |
| v. | ) | Date:  7/7/14 |
| | ) | Court Reporter:  Carla Bebault |
| 5) Phoumara Todd Sok, | ) | Courthouse:  St. Paul |
| | ) | Courtroom:  7A |
| | ) | Time Commenced:  9:03 a.m. |
| Defendant. | ) | Time Concluded:  9:51 a.m. |
| | | Sealed Hearing Time: 9:03 - 9:51 a.m. |
| | | Time in Court:  48 Minutes |

Before Richard H. Kyle, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
 For Plaintiff:    Allen Slaughter
 For Defendant:  I. Chris Ritts  ☐ FPD ☐ CJA ✓ Retained ☐ Appointed

 Interpreter/Language:  n/a


PROCEEDINGS:
 ☐ **Arraignment** on ☐ Information, ☐ Indictment
 ✓ **Change of Plea Hearing.**
 ☐ **Initial Appearance.**
 ☐ Indictment waived.
 ☐ Defendant withdraws plea of as to Count(s):

 ✓ PLEA:
  ✓ Guilty as to Count(s): **1 and 3**
  ☐ "Nolo Contendere" as to Count(s):
  ✓ Defendant admits allegations in the Indictment.


 ✓   Presentence Investigation and Report requested.
 ✓   Bond continued.
 ☐   **~Util Set/Reset Hearings:**  Sentencing is scheduled for at before.
 ☐   Defendant remanded to the custody of the U.S. Marshal.

s/Kathy Thobe<br>Calendar Clerk